

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

No. 04-13-00895-CR

Gary **PETERSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. 11-10-0393-CRC
Honorable Marvin Quinney, Judge Presiding

# O R D E R

On December 19, 2013, appellant filed his notice of appeal. On January 28, 2014, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record. The notification of late record also states appellant has failed to file a designation of record. TEX. R. APP. P. 34.6(b)(1).

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. We FURTHER ORDER appellant to file written proof to this court within ten days of the date of this order that he has filed a designation of record with the court reporter.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court